COMM'RS OF REPUBLIC COUNTY V. JOSIAH KINDT.

SHERIFF'S COMPENSATION FOR BOARDING PRISONERS; *Liability of County.* A sheriff is not entitled, as a matter of right, to extra compensation over and above the amount fixed by law for boarding prisoners, although he may have to carry the provisions fifty rods, and the water one hundred and sixty rods, and, although the cells of the jail may be small and inconvenient, and, although the weather may be cold and disagreeable.

*Error from Republic District Court.*

THE board of commissioners disallowed a claim presented by *Kindt,* the sheriff, and thereupon *Kindt* brought suit to recover the amount claimed. The nature of the plaintiff's claim, and the facts in the case, are stated in the opinion. Trial at the April Term 1874, and judgment in favor of plaintiff for $57 and costs. The *Board of County Commissioners* appeal, and bring the case here on error.

*A. F. Heeley,* for plaintiffs in error.

*W. H. Pilkinton,* for defendant in error.

The opinion of the court was delivered by

VALENTINE, J.: This was an action brought by Josiah Kindt, sheriff of Republic county, against the board of county commissioners of said county, "For extra work in carrying meals to prisoners confined in jail, and otherwise attending to their wants," during the winter and spring of 1874. The claim of the plaintiff is in fact for extra work in boarding prisoners. The plaintiff had to carry the provisions for the prisoners about fifty rods, and the water about one hundred and sixty rods. The cells of the jail were small, and inconvenient, and required extra work to keep them in good condition; and the weather was cold and disagreeable. Under the circumstances we think the county board might in their discretion have allowed the plaintiff extra compensation

for his. extra trouble, but still we do not think that they were bound to do so. The plaintiff cannot claim extra compensation as a matter of right. The commissioners allowed the plaintiff compensation for boarding the prisoners at the rate of sixty cents per day for each prisoner. This is the amount fixed by law, (Gen. Stat. 477, § 3,) and the county board cannot be compelled to pay any more. (*Atchison Co. v. Tomlinson*, 9 Kas. 167.)

The judgment of the court below must be reversed, and cause remanded with the order that judgment be rendered in favor of the defendant below, and against the plaintiff for costs.

All the Justices concurring.